IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | MISC. NO.: 3:22-cr-01040 |
| GEO-LOCATION DATA AND/OR ) | |
| REAL TIME TRACKING DATA FOR ) | |
| THE TARGET TELEPHONE NUMBER ) | |
| AS DESCRIBED IN TFO BRANDON ) | |
| FITZGERALD'S AFFIDAVIT ) | |

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court to seal the affidavit in support of the search warrant and the attachments in support of the search warrant. The Court has the inherent authority to seal these documents. *See Baltimore Sun v. Goetz*, 886 F. 2d 60 (4th Cir. 1988). The purpose of the Government's request is to protect the information contained within these documents and to avoid the disclosure of the investigation at this time.

Based on the facts in the affidavit, there is reason to believe that disclosure of the information in that document and the attachments thereto would seriously jeopardize the investigation including by giving targets the opportunity to destroy or tamper with evidence, change patterns of behavior, flee from prosecution, intimidate cooperating and potential witnesses, and endanger the safety of law enforcement and other individuals. For these reasons, the Government submits that the interests in sealing the affidavit and attachments thereto outweigh the common-law public right of access and that sealing is "essential to preserve higher values." *See Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424, 429-31 (4th Cir. 2005). The Government further submits that, by sealing only the affidavit in support of the search warrant and attachments thereto and providing public access to the search warrant, the application in support of the search warrant, the motion to seal and the sealing order, the denial of access is narrowly

tailored to serve the Government's interests in sealing. *Id.* at 429.

Based on the foregoing, the Government requests that the affidavit in support of the search warrant and attachments thereto be filed under seal, except that working copies should be made available to the United States Attorney's Office, the Drug Enforcement Administration, and any other law enforcement agency designated by the United States Attorney's Office.

                        Respectfully submitted

                        ADAIR F. BOROUGHS
                        UNITED STATES ATTORNEY

              By: s/ Elizabeth Major
                    Elizabeth Major (Fed. No. 13746)
                    Assistant United States Attorney
                    District of South Carolina
                    1441 Main Street, Suite 500
                    Columbia, SC 29201
                    Ellen.Major@usdoj.gov

Columbia, South Carolina
October 24, 2022