# UNITED STATES DISTRICT COURT
for the
District of South Carolina ▼

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:22-cr-01040
In the matter of the search of geo-location data and/or )
real time tracking data for the target telephone number as )
described in TFO Brandon Fitzgerald's Affidavit )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A to the affadavit of DEA TFO Brandon Fitzgerald

located in the _____ District of ____New Jersey____ , there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B to affidavit of DEA TFO Brandon Fitzgerald

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute a controlled substance |

The application is based on these facts:
See affidavit of DEA TFO Brandon Fitzgerald

☑ Continued on the attached sheet.
☑ Delayed notice of  30  days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brandon Fitzgerald, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: October 24, 2022

*Judge's signature*

City and state: Columbia, South Carolina     Shiva V. Hodges, U.S. Magistrate Judge
*Printed name and title*