UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> GEO-LOCATION DATA AND/OR ) <br> REAL TIME TRACKING DATA FOR ) <br> THE TARGET TELEPHONE ) <br> DESCRIBED IN DEA TFO BRANDON ) <br> FITZGERALD'S AFFIDAVIT ) | CRIMINAL NO.: 3:22-cr-1040-MCRI <br><br> **ORDER EXTENDING** <br> **DELAY OF NOTIFICATION** <br><br> **(FILED UNDER SEAL)** |

This matter comes before the Court on motion of the United States for an Order extending the delay of notification of the search warrant previously issued in the above-referenced case for an additional ninety days pursuant to Title 18, United States Code, Sections 2705, 3103a(b), and 3103(c). The Government requests the extension as the investigation is still ongoing and notification would otherwise seriously jeopardize the investigation.

Based on the foregoing, the Court finds good cause shown for an extension of delay of notification for an additional ninety days and further finds that the interest of justice is best served by filing the motion and this Order under seal. It is therefore

**ORDERED** that notification of the search warrant previously issued in the above-referenced case be delayed for an additional ninety days and that the motion and this Order be filed under seal.

IT IS SO ORDERED.

*Shiva V. Hodges*

December 21, 2022                            Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge